UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS SORIA, | ) | 3:10-CV-0295-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 29, 2010 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　An early mediation conference is set for October 12, 2010 at 1:30 p.m. (#13). The Office of the Attorney General has been directed to make arrangements for plaintiff's appearance at this conference via videoconferencing. *Id.* Therefore, plaintiff's urgent request for non-transport (#15) is **DENIED as moot.**

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　By:   /s/
　　　　　　　　　　　　　　　　　　　Deputy Clerk.