# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS R. SORIA,

       Plaintiff,                            3:10-CV-0295-LRH (VPC)

vs.                                            **MINUTES OF THE COURT**

NEVADA DEPARTMENT OF           Date:  February 15, 2011
CORRECTIONS, et al.,

       Defendants.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:    NONE APPEARING

COUNSEL FOR DEFENDANTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:    XXX

     Defendants filed a motion to file exhibits in support of defendants' opposition to plaintiff's motion for joinder *in camera* and *under seal* (#26).  No opposition was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Therefore,

     **IT IS ORDERED** that defendants' motion to file exhibits in support of defendants' opposition to plaintiff's motion for joinder *in camera* and *under seal* (#26) is **GRANTED**.  The exhibits (#30) are filed and shall remain under seal.

     **IT IS SO ORDERED.**

                                             LANCE S. WILSON, CLERK

                           By:   /s/
                                Deputy Clerk.