# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS R. SORIA,

        Plaintiff,                    3:10-CV-0295-LRH (VPC)

vs.                                      **MINUTES OF THE COURT**

NEVADA DEPARTMENT OF         Date: February 16, 2011
CORRECTIONS, et al.,

        Defendants.
                                   /

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:   NONE APPEARING

COUNSEL FOR DEFENDANTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     Plaintiff filed a motion for joinder (#25) seeking to join his case with the case of Gregory Hamilton, Case No. 3:10-CV-0335-LRH (RAM). Defendants opposed the motion (#s 27 & 30), and no reply was filed.

    **IT IS ORDERED** that plaintiff's motion for joinder (#25) is **DENIED**.

    **IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK

                                By:   /s/
                                    Deputy Clerk.