```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

          NOV 1 0 2011

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS SORIA, JR., | ) | 3:10-CV-0295-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 8, 2011 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's request for clarification of minute order #60 (#62) is **GRANTED**. The motions for partial summary judgment (#35 & #46) have been withdrawn by the parties pursuant to the minutes of the court (#60). No further action is required by the parties to withdraw the motions. Plaintiff's reply to defendants' opposition to motion for partial summary judgment (#48) and plaintiff's opposition to defendants' motion for partial summary judgment (#51) are also deemed withdrawn.

Finally, plaintiff is advised that the court will not normally return original documents to the parties and that plaintiff is responsible for all the costs for copying and litigating this action. However in this limited circumstance, the Clerk shall **RETURN** to plaintiff his original documents #s 35, 48 & 51. In the event plaintiff wishes to refile his motion for partial summary judgment, he must refile an original document at that time.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
        Deputy Clerk