# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS SORIA, JR., | ) | 3:10-CV-0295-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 5, 2012 |
| HOWARD SKOLNIK, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a notice to the court and request for clarification of defendants' status report (#64). Plaintiff's request for clarification (#64) is **GRANTED**. Counsel for defendants shall review the status report (#33) filed in *Blue v. Skolnik,* 3:11-CV-0010-ECR (VPC). Thereafter, on or before **Thursday, January 19, 2012**, defendants shall file another status report that addresses the status report in *Blue* and responds to plaintiff's request for clarification (#64).

   **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                        By:         /s/
                              Deputy Clerk